# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| LUCIA BINOTTI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUKE UNIVERSITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00470<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES, COSTS, AND SERVICE AWARD**<br><br>Fed. R. Civ. P. 23 |

## TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiff Dr. Lucia Binotti hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order approving Class Counsel's request for attorney's fees in the amount of 25% of the common fund ($4,750,000), reimbursement of costs and expenses in the amount of $125,201.41 and a service award for Dr. Seaman in the amount of $65,000.

This motion is based on the accompanying memorandum of points and authorities; the Declaration of Lucia Binotti, Dean M. Harvey, Robert M. Elliot, M. Travis Payne, and Brian Fitzpatrick and all exhibits attached thereto; the pleadings and other documents on file in this case; and any argument that may be presented to the Court.

Dated: July 12, 2021	Respectfully submitted,

*/s/ Dean M. Harvey*
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
Yaman Salahi*
Jallé Dafa*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
jdafa@lchb.com
* appearing pursuant to LR83.1(d)

*/s/ M. Travis Payne*

M. Travis Payne
N.C. State Bar No. 8452
EDELSTEIN & PAYNE
315 East Jones Street
Raleigh, NC 27601
Telephone: (919) 828-1456
Facsimile: (919) 828-4689
eandp@mindspring.com

*/s/ Robert M. Elliot*

Robert M. Elliot
N.C. State Bar No. 7709
Daniel Lyon
N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE, PLLC
426 Old Salem Rd.
Brickenstein-Leinbach House
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
rmelliot@emplawfirm.com

*Counsel for Individual and Representative Plaintiff Lucia Binotti*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Dean M. Harvey*
Dean M. Harvey