# EXHIBIT B

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on  07/08/2021 03:13:17 PM

From: Inception
To: Present

**Matter Number: 4055-0001**     DUKE II - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| ROBERT NELSON | 0.30 | 1,000.00 | 300.00 |
| LIN CHAN | 37.80 | 640.00 | 24,192.00 |
| DEAN HARVEY | 286.90 | 700.00 | 200,830.00 |
| YAMAN SALAHI | 102.90 | 560.00 | 57,624.00 |
| ANNE SHAVER | 60.30 | 640.00 | 38,592.00 |
| | **488.20** | | **321,538.00** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JALLÉ DAFA | 169.90 | 535.00 | 90,896.50 |
| MICHELLE LAMY | 0.30 | 485.00 | 145.50 |
| JEREMY PILAAR | 0.20 | 395.00 | 79.00 |
| YAMAN SALAHI | 10.00 | 510.00 | 5,100.00 |
| | **180.40** | | **96,221.00** |

### STAFF ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| SCOTT MILORO | 74.40 | 415.00 | 30,876.00 |
| | **74.40** | | **30,876.00** |

### LAW CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KACEY READ | 10.00 | 370.00 | 3,700.00 |
| | **10.00** | | **3,700.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| OMAR RIVERA | 3.50 | 385.00 | 1,347.50 |
| BRIAN TROXEL | 43.60 | 405.00 | 17,658.00 |
| | **47.10** | | **19,005.50** |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on  07/08/2021 03:13:17 PM                    From      Inception
                                                             To        Present

**LITIGATION SUPPORT / RESEARCH**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD ANTHONY | 0.60 | 420.00 | 252.00 |
| NIKKI BELUSHKO BARROWS | 7.50 | 405.00 | 3,037.50 |
| ANTHONY GRANT | 0.50 | 420.00 | 210.00 |
| MAJOR MUGRAGE | 4.00 | 420.00 | 1,680.00 |
| RENEE MUKHERJI | 2.20 | 420.00 | 924.00 |
| NABILA SIDDIQI | 3.40 | 390.00 | 1,326.00 |
|  | **18.20** |  | **7,429.50** |

| | MATTER TOTALS | 818.30 | | 478,770.00 |
|---|---|---|---|---|