# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

# DURHAM DIVISION

| | |
|---|---|
| LUCIA BINOTTI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DUKE UNIVERSITY,<br><br>        Defendant. | Case No. 1:20-cv-00470<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Fed. R. Civ. P. 23 |

## TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiff Lucia Binotti hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order as follows:

1. Finally approving the Settlement with Duke University;

2. Certifying the Settlement Class;

3. Approving the Proposed Plan of Allocation;

4. Entering a Final Approval Order and Judgment.

This motion is based on the accompanying memorandum of points and authorities; the Supplemental Declaration of Amy Fringer on behalf of the settlement administrator; the Declaration of Dean M. Harvey; all exhibits to such documents; the pleadings and other documents on file in this case; and any argument that may be presented to the Court.

Dated:  August 2, 2021	Respectfully submitted,

*/s/ Dean M. Harvey*
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
Yaman Salahi*
Jallé Dafa*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
jdafa@lchb.com
* appearing pursuant to LR83.1(d)

*/s/ M. Travis Payne*

M. Travis Payne
N.C. State Bar No. 8452
EDELSTEIN & PAYNE
315 East Jones Street
Raleigh, NC 27601
Telephone: (919) 828-1456
Facsimile: (919) 828-4689
eandp@mindspring.com

*/s/ Robert M. Elliot*

Robert M. Elliot
N.C. State Bar No. 7709
Daniel Lyon
N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE, PLLC
426 Old Salem Rd.
Brickenstein-Leinbach House
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
rmelliot@emplawfirm.com

*Counsel for Individual and Representative Plaintiff Lucia Binotti*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Dean M. Harvey*
Dean M. Harvey